AO 91 (Rev. 11/11)  Criminal Complaint

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

## UNITED STATES DISTRICT COURT
for the
District of New Mexico

MAY 2 0 2025

MITCHELL R. ELFERS
CLERK OF COURT

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Moustafa Mahmoud Abdelnabi Salem | ) | Case No. 25-1760 MJ |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 12, 2025__ in the county of __Dona Ana__ in the

District of __New Mexico__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5)(B) | Possession of a firearm and/or ammunition by a prohibited person (alien non immigrant visa) |

This criminal complaint is based on these facts:

See attached "Affidavit"

☑ Continued on the attached sheet.

*Kenneth Davis*
*Complainant's signature*

Kenneth Davis, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 20 May 2025

*Damian L. Martinez*
*Judge's signature*

City and state:     Las Cruces, New Mexico

Damian L. Martinez, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

1. This affidavit is made in support of a criminal complaint charging Moustafa Mahmoud Abdelnabi Salem (Salem), with violations of 18 U.S.C. § 922(g)(5)(B), Possession of a firearm and/or ammunition by a prohibited person (alien nonimmigrant visa).

2. I am a Federal Bureau of Investigation (FBI) Task Force Officer (TFO) currently assigned to the FBI Southern New Mexico Safe Streets Task Force (SSTF). I am also a Las Cruces Police Department (LCPD) Detective assigned to the Criminal Investigative Division. I have been an LCPD officer since 2013. As a federally deputized FBI TFO, I am authorized to investigate crimes involving violations of the Firearms Act.

3. I am familiar with the facts and circumstances of the investigation of Salem. The information set forth in this affidavit has been derived from my own investigation or communicated to me by other sworn law enforcement officers or reliable sources. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that Salem has committed violations of 18 U.S.C. § 922(g)(5)(B).

4. On May 12, 2025, at approximately 10:03 pm, an LCPD officer was flagged down near the Sunoco gas station located at 1260 El Paseo in Las Cruces, NM in reference to an assault involving a firearm. The LCPD officer spoke with assault victim who told them an unknown male individual (later identified as Moustafa Mahmoud Abdelnabi Salem) had threatened him with a handgun. The victim told the officer Salem entered his vehicle and emerged with a black handgun,

chambered a round, and then pointed it at him. The victim directed the officer towards the Sunoco gas station parking lot where Salem was still located and the officer made contact with Salem. During initial contact with Salem, the officer learned Salem was also alleged to have been assaulted by the victim who was armed with a large knife. Salem told the officer he did have a handgun on his person during this incident but denied pulling it out and pointing it at the victim. Salem stated the handgun was now inside of his vehicle, a 2009 Silver Toyota Camry which was parked at the gas station, but denied consent to retrieve the firearm, leading the officer to believe there could be an issue with the firearm such as it possibly being stolen.

5. In a post *Miranda* statement with the LCPD officer, Salem confirmed the handgun in plain view in his Toyota Camry was the handgun he had on his person at the time of the incident. Salem confirmed the handgun was his but would not provide information as to where he purchased the firearm or how he obtained it. An LCPD Lieutenant contacted me and requested follow up investigation regarding the aggravated assault with the firearm. Due to no exigent circumstances, the vehicle was towed to LCPD and secured until a search warrant was executed on the vehicle on May 13, 2025, at approximately 7:24am. A Stoeger STR-9 handgun, 9mm caliber, serial number T6429-21U10558, was recovered during the execution of the search warrant located on the passenger floorboard of the vehicle. The handgun contained one round in the chamber, and nine additional rounds loaded into the inserted magazine.

6. Based on information provided to FBI Special Agents and myself by Homeland Security Investigations (HSI) Special Agents, I am aware that Salem is an alien currently in the United States on a nonimmigrant visa which prohibits him from being in possession of a firearm and/or ammunition. Based on law enforcement records checks conducted by an FBI analyst, I am aware that Salem is a citizen of Egypt and his nonimmigrant visa number is R5400551. An HSI Special

Agent informed me that immigration records show that on July 19, 2022, the United States issued Salem the aforementioned nonimmigrant B2 visa (temporary visitor for pleasure/tourism) and he was most recently admitted into the United States on February 2, 2024 under the same visa.

7. Based on my training and experience, and in consultation with trained Special Agents of the Federal Bureau of Investigation (FBI), it is my understanding that Stoeger firearms are not manufactured in the state of New Mexico. Based on my conversations with FBI Special Agents and my own independent research, I am aware that Stoeger STR-9 handguns are manufactured in the country of Turkey and imported into the United States. Therefore, the firearm that Salem was found in possession of, had traveled in interstate and/or foreign commerce in order to be present in the state of New Mexico.

8. Based on the foregoing, there is probable cause to believe that Moustafa Mahmoud Abdelnabi Salem violated 18 U.S.C. § 922(g)(5)(B), Possession of a firearm or ammunition by a prohibited person (alien nonimmigrant visa).

9. Assistant United States Attorney Maria Armijo approved the charges filed in this criminal complaint.

DATED:  5-15-25

_Kenneth Davis_
Kenneth Davis
Task Force Officer
Federal Bureau of Investigation

Electronically signed and telephonically sworn this 20 day of May 2025.

UNITED STATES MAGISTRATE JUDGE