*Rev. October 28, 2015*

## UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| CR No: | **25-3252SMD** | | | USA vs.: | **SALEM** | | | |
|---|---|---|---|---|---|---|---|---|
| Date: | **4/15/2026** | | | Name of Deft: | **MOUSTAFA MAHMOUD ABDELNABI SALEM** | | | |
| Before the Honorable: | | | **SARAH M. DAVENPORT, UNITED STATES DISTRICT JUDGE** | | | | | |

| Time In/Out: | **10:37-10:57 AM** | | Total Time in Court **(for JS10):** | **20 MINUTES** | | | |
|---|---|---|---|---|---|---|---|
| Clerk: | **ANNETTE NANEZ** | | Court Reporter: | **FATIMA SANCHEZ** | | | |
| AUSA: | **JONATHAN GENNARI** | | Defendant's Counsel: | **KELLY O'CONNELL** | | | |
| Sentencing in: | **LAS CRUCES** | | Interpreter: | **JUAN RAMIREZ** | | | |
| Probation Officer: | **EMILY TEAGUE** | | Sworn? | **X** | Yes | | No |

| Convicted on: | **X** | Plea | | Verdict | | As to: | **X** | Information | | Indictment |
|---|---|---|---|---|---|---|---|---|---|---|
| If Plea: | **X** | Accepted | | Not Accepted | Adjudged/Found Guilty on Counts: | | | | |
| If Plea Agreement: | **X** | Accepted | | Not Accepted | | No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | **9/24/2025** | | | | PSR: | **X** | Not Disputed | | Disputed |
| PSR: | **X** | Court Adopts PSR Findings | | | Evidentiary Hearing: | **X** | Not Needed | | Needed |
| Exceptions to PSR: | | | | | | | | | |

| **SENTENCE IMPOSED** | | Imprisonment (BOP): | **18 MONTHS** | |
|---|---|---|---|---|
| Supervised Release: | **1 YEAR; IF DEFENDANT IS DEPORTED THE TERM WILL BE UNSUPERVISED** | | Probation: | |
| | 500-HOUR DRUG PROGRAM | BOP SEX OFFENDER PROGRAM | OTHER: | |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | No re-entry without legal authorization | **X** | Parties have no objections to the conditions listed in Attachment A. |
|---|---|---|---|
| | Comply with ICE laws and regulations | **X** | Conditions are imposed as listed in Attachment A to the PSR to include the justification and nexus of the conditions listed. |
| **X** | Parties have reviewed the standard and special conditions listed in Attachment A to PSR. Doc. | | Parties waive reading of conditions. |

**OTHER:**

| Fine: $ | | | Restitution: $ | | | |
|---|---|---|---|---|---|---|
| SPA: $ | **WAIVED** | ($100) as to each Count | Payment Schedule: | | Due Imm. | **X** | Waived |
| OTHER: | | | | | | |

| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
|---|---|---|---|
| **X** | Held in Custody | | Voluntary Surrender |
| | Recommended place(s) of incarceration: | | |
| | Dismissed Counts: | | |
| OTHER COMMENTS: | | | |